JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Kenneth Shugerman, <br><br> Plaintiff, <br><br> vs. <br><br> Allstate Insurance Company <br><br> Defendant | Case No. CV-08-2011 CAS (CWx) <br><br> JUDGMENT |

    Pursuant to the Court's order granting summary judgment, judgment is hereby entered in favor of defendant Allstate Insurance Company and against plaintiff Kenneth Shugerman, each side shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: January 12, 2009

                                               _____
                                               CHRISTINA A. SNYDER
                                               UNITED STATES DISTRICT JUDGE